**Lon R. FRANK; Minny Frank, Plaintiffs—Appellants,**

v.

**BRANCH BANKING & TRUST COMPANY, Defendant—Appellee,**

and

**Cendant Corporation, & John Does 1–99; Trilegiant Corporation, & John Does 1–99, Defendants.**

No. 06–1247.

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2006.

Decided: July 24, 2006.

Lon R. Frank, Minny Frank, Appellants Pro Se. Brian L. Moffet, Gordon, Feinblatt, Rothman, Hoffberger & Hollander, Baltimore, Maryland, for Appellee.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lon and Minny Frank appeal the district court's order dismissing with prejudice their civil action for constructive fraud, fraud, and fraudulent concealment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Frank v. Branch Banking & Trust Co.,* No. 1:05–cv–01292–AMD (D.Md. Jan. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*